| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Elrod, Jennifer W. | 2. Court or Organization Fifth Circuit Court of Appeals | 3. Date of Report 5/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court of Appeals, Active Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 515 Rusk Avenue, 12th Floor Houston, TX 77002-2603 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member and Chair-Elect | Texas Center for Legal Ethics |
| 2. Board Member | Houston Urban Debate League |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | Employee Retirement System of Texas (since 2002), no control - not vested |
| 2. 2010 | Texas County and District Retirement System (since 2002), no control - not vested |
| 3. | |

**Elrod , Jennifer W.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-employed software consultant |
| 2. 2010 | Primary Services - salary |
| 3. 2010 | Whitefence Inc., - salary |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Scty for Law/ Public Policy @ Stanford Law School | 1/25-2/26/10 | Stanford, CA | Speaking at law school | Transportation, meals |
| 2. | Washington and Lee University | 3/31-4/01/10 | Lexington, VA | Speaking at law school | Transportation, hotel, meals |
| 3. | University of Illinois College of Law | 4/13-4/14/10 | Chicago, IL | Judging moot court and speaking at law school | Transportation, hotel, meals |
| 4. | State Bar of Texas | 5/28/10 | Austin, TX | Speaking at State Bar CLE seminar | Transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/15/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Texas Center for Legal Ethics | 6/04/10 | Austin, TX | Meeting and Texas Supreme Court Historical Society Dinner | Transportation, meals |
| 6. | State Bar of Texas | 7/15/10 | San Antonio, TX | Speaking at State Bar CLE seminar | Transportation, meals |
| 7. | FREE Foundation | 8/09-8/12/10 | Gallatin Gateway, MT | Attending educational seminar | Transportation, hotel, meals |
| 8. | Baylor University | 9/17/10 | Waco, TX | Speaking at University | Transportation, hotel, meals |
| 9. | Harvard Law School | 10/08-10/10/10 | Cambridge, MA | Speaking at law school | Transportation, hotel, meals |
| 10. | Washington and Lee University | 10/29-10/30/10 | Lexington, VA | Judging moot court | Transportation, hotel, meals |
| 11. | Texas Tech University | 11/12/2010 | Lubbock, TX | Speaking at law school | Transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DREYFUS BOND MKT INDEX (IRA) | B | Dividend | K | T | | | | | |
| 2. BlackRock Bond Index | A | Dividend | K | T | | | | | |
| 3. Schwab MktMgr INTL (IRA) | A | Dividend | L | T | Buy (add'l) | 06/14/10 | J | | |
| 4. Schwab Small Cap Index Fund | A | Dividend | L | T | | | | | |
| 5. Schwab Total Stk Mkt-SEL | B | Dividend | L | T | Sold (part) | 03/02/10 | J | | |
| 6. | | | | | Sold (part) | 04/12/10 | J | A | |
| 7. | | | | | Buy (add'l) | 06/14/10 | J | | |
| 8. | | | | | Sold (part) | 11/11/10 | J | A | |
| 9. | | | | | Sold (part) | 11/12/10 | J | A | |
| 10. Vanguard Growth Index Fund (457 Plan) | A | Dividend | L | T | | | | | |
| 11. Vanguard Lifestrategy Growth (IRA) | B | Dividend | M | T | | | | | |
| 12. Vanguard College Savings Iowa (529) | A | Dividend | J | T | | | | | |
| 13. Texas County and District Retirement System | A | Interest | J | T | | | | | |
| 14. Employee Retirement System of Texas | B | Interest | K | T | | | | | |
| 15. Pricelock Corporation incentive stock option | | None | | | Expired | 06/03/10 | J | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jennifer W. Elrod**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| Elrod, Jennifer W. | Fifth Circuit Court of Appeals | 5/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| Circuit Court of Appeals, Active Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
| 515 Rusk Avenue, 12th Floor Houston, TX 77002-2603 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member and Chair-Elect | Texas Center for Legal Ethics |
| 2. | Board Member | Houston Urban Debate League |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | Employee Retirement System of Texas (since 2002), no control - not vested |
| 2. | 2010 | Texas County and District Retirement System (since 2002), no control - not vested |
| 3. | | |

Elrod , Jennifer W.  A

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-employed software consultant |
| 2. 2010 | Primary Services - salary |
| 3. 2010 | Whitefence Inc., - salary |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Scty for Law/ Public Policy @ Stanford Law School | 1/25-2/26/10 | Stanford, CA | Speaking at law school | Transportation, meals |
| 2. | Washington and Lee University | 3/31-4/01/10 | Lexington, VA | Speaking at law school | Transportation, hotel, meals |
| 3. | University of Illinois College of Law | 4/13-4/14/10 | Chicago, IL | Judging moot court and speaking at law school | Transportation, hotel, meals |
| 4. | State Bar of Texas | 5/28/10 | Austin, TX | Speaking at State Bar CLE seminar | Transportation, meals |

| 5. | Texas Center for Legal Ethics | 6/04/10 | Austin, TX | Meeting and Texas Supreme Court Historical Society Dinner | Transportation, meals |
|---|---|---|---|---|---|
| 6. | State Bar of Texas | 7/15/10 | San Antonio, TX | Speaking at State Bar CLE seminar | Transportation, meals |
| 7. | FREE Foundation | 8/09-8/12/10 | Gallatin Gateway, MT | Attending educational seminar | Transportation, hotel, meals |
| 8. | Baylor University | 9/17/10 | Waco, TX | Speaking at University | Transportation, hotel, meals |
| 9. | Harvard Law School | 10/08-10/10/10 | Cambridge, MA | Speaking at law school | Transportation, hotel, meals |
| 10. | Washington and Lee University | 10/29-10/30/10 | Lexington, VA | Judging moot court | Transportation, hotel, meals |
| 11. | Texas Tech University | 11/12/2010 | Lubbock, TX | Speaking at law school | Transportation, meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | DREYFUS BOND MKT INDEX (IRA) | B | Dividend | K | T | | | | | |
| 2. | BlackRock Bond Index | A | Dividend | K | T | | | | | |
| 3. | Schwab MktMgr INTL (IRA) | A | Dividend | L | T | Buy<br>(add'l) | 06/14/10 | J | | |
| 4. | Schwab Small Cap Index Fund | A | Dividend | L | T | | | | | |
| 5. | Schwab Total Stk Mkt-SEL | B | Dividend | L | T | Sold<br>(part) | 03/02/10 | J | | |
| 6. | | | | | | Sold<br>(part) | 04/12/10 | J | A | |
| 7. | | | | | | Buy<br>(add'l) | 06/14/10 | J | | |
| 8. | | | | | | Sold<br>(part) | 11/11/10 | J | A | |
| 9. | | | | | | Sold<br>(part) | 11/12/10 | J | A | |
| 10. | Vanguard Growth Index Fund (457 Plan) | A | Dividend | L | T | | | | | |
| 11. | Vanguard Lifestrategy Growth (IRA) | B | Dividend | M | T | | | | | |
| 12. | Vanguard College Savings Iowa (529) | A | Dividend | J | T | | | | | |
| 13. | Texas County and District Retirement System | A | Interest | J | T | | | | | |
| 14. | Employee Retirement System of Texas | B | Interest | K | T | | | | | |
| 15. | Pricelock Corporation incentive stock option | | None | | | Expired | 06/03/10 | J | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer W. Elrod**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544